UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Theresa Willcox,   Civil No. 06-3038 (PAM/JSM)
          Plaintiff,

v.   **ORDER**

Liberty Life Assurance Company
of Boston,
          Defendant.

---

This matter is before the Court on Plaintiff's Motion to Lift the Stay and Permit Limited Supplemental Briefing. Because Defendant does not oppose lifting the stay, the Court will grant the Motion. However, because a hearing will not be necessary, the provisions of the Local Rules on briefing schedules do not apply. Thus, the Court establishes the following briefing schedule:

Plaintiff's Supplemental Memorandum shall be due on or before Wednesday, November 7. Defendant's Supplemental Memorandum shall be due on or before Monday, November 19. The Court reminds the parties that their Supplemental Memoranda shall focus solely on the administrative record and should not be supplemented by extraneous authorities. (See Order of June 5, 2007.)

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Lift the Stay and Permit Limited Supplemental Briefing (Docket No. 83) is **GRANTED**.

Dated:   October 24  , 2007

                                                *s/ Paul A. Magnuson*
                                                Paul A. Magnuson
                                                United States District Court Judge